**26-UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

ALFONSO P.J.,

Petitioner,

v.

PAMELA BONDI, Attorney General, KRISTI NOEM, Secretary, U.S. Department of Homeland Security, U.S. DEPARTMENT OF HOMELAND SECURITY, TODD M. LYONS, Acting Director of Immigration and Customs Enforcement, IMMIGRATION AND CUSTOMS ENFORCEMENT, DAREN K. MARGOLIN, Director for Executive Office for Immigration Review, EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, DAVID EASTERWOOD, Field Office Director of Enforcement and Removal Operations, Saint Paul Field Office, JOHN DOE, Warden of Fort Snelling Detention Center,

Respondents.

Case No. 26-CV-1203 (NEB/DTS)

ORDER

---

Petitioner Alfonso P.J. petitions for a Writ of Habeas Corpus, requesting his release. (ECF No. 2.) However, Alfonso P.J. filed another Petition in this District a day earlier in Docket Number 26-CV-1157. (*See* ECF No. 9 (acknowledging that the Petitioner in both dockets is the same person).) In that docket, United States District Judge Jeffrey

M. Bryan granted Alfonso P.J.'s Petition and ordered his immediate release. *Alfonso P.J. v. Noem*, No. 26-CV-1157 (D. Minn. Feb. 9, 2026), ECF No. 6.

Petitioner agrees that dismissal of this later-filed Petition is appropriate because it is a duplicate filing. (ECF No. 9.) Because this is a duplicate filing, and because another court has granted the requested relief, the Petition for Writ of Habeas Corpus (ECF No. 2) is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: March 3, 2026

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge