# UNITED STATES DISTRICT COURT
## District of Minnesota

## JUDGMENT IN A CIVIL CASE

Alfonso Perez Juarez,

Petitioner(s),

v.

Case Number: 26-cv-1203 NEB/DTS

Pamela Bondi, Kristi Noem, U.S. Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement, Daren K. Margolin, Executive Office for Immigration Review, David Easterwood and John Doe,

Respondent(s).

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Petitioner agrees that dismissal of this later-filed Petition is appropriate because it is a duplicate filing. (ECF No. 9.) Because this is a duplicate filing, and because another court has granted the requested relief, the Petition for Writ of Habeas Corpus (ECF No. 2) is DISMISSED WITHOUT PREJUDICE.

Date: 3/4/2026

KATE M. FOGARTY, CLERK